SECRET

FILED UNSEALED AS OF 11/6/07

07 OCT 31 PM 4:10

CLERK, U.S. DISTRICT...
SOUTHERN DISTRICT OF CA...

BY:  PDC                     DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury    07 CR 2985 — WQH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>EDUARDO BARAJAS (1),<br>    aka Eddie-Boy,<br>VICTOR RAMOS (2),<br>    aka V,<br>ALEJANDRO VELARDE (3),<br>    aka Lil' Al,<br>MIGUEL RIVERA MEDINA (4),<br>    aka Vampiro,<br>JACOB TELLAECHE (5),<br>    aka Dopey,<br>THOMAS ALEJANDRO MANZANO (6),<br>    aka Tommy-Boy,<br>DERIC WILLIAMS (7),<br>    aka Pelon,<br>JULIO CESAR JIMENEZ (8),<br>    aka Foo-Foo,<br>ERNESTO ROMAN LOPEZ (9),<br>    aka Ernie,<br><br>        Defendants. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine |

The grand jury charges:

Beginning at a date unknown to the grand jury and continuing up to and including May 17, 2007, within the Southern District of California, and elsewhere, defendants EDUARDO BARAJAS, aka Eddie-Boy, VICTOR RAMOS, aka V, ALEJANDRO VELARDE, aka Lil' Al, MIGUEL RIVERA

TFS:MIC:nlv:San Diego
10/31/07

MEDINA, aka Vampiro, JACOB TELLAECHE, aka Dopey, THOMAS ALEJANDRO MANZANO, aka Tommy-Boy, DERIC WILLIAMS, aka Pelon, JULIO CESAR JIMENEZ, aka Foo-Foo, and ERNESTO ROMAN LOPEZ, aka Ernie, did knowingly and intentionally conspire together and with other persons known and unknown to the grand jury to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

DATED: October 31, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
TIMOTHY F. SALEL
Assistant U.S. Attorney