FILED

07 OCT 31 PM 4: 11

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _PDC_          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR2985 WQH |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| EDUARDO BARAJAS, et al., aka Eddie-Boy, | ~~SECRET~~ |
| Defendants. | UNSEALED AS OF 11/6/07 |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Salvador Chavez-Chavez, et al., Criminal Case No. 07CR1407-WQH, and United States of America v. Andres Chavez-Chavez, et al., Criminal Case No. 07CR1408-WQH.

DATED: October 31, 2007.

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney