AO 442

FID 1407204

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Miguel Rivera Medina (4),
aka Vampiro

2007 NOV -9 AM 9:50

**SECRET** *Unsealed*

**WARRANT FOR ARREST**

CASE NUMBER: 07cr2985 WQH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Miguel Rivera Medina (4), aka Vampiro___ *Bakersfield, CA*

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine

DATE ARRESTED BY *11-6-07 USM TIM ASH*
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY *Marka*

2007 NOV -1 A 11:19 RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title ___See Above___ United States Code, Section(s) _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ J. Jocson | 11/01/07    San Diego, California |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___No-Bail___ by ___The Honorable Louisa S. Porter___

Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

DEA- OCDETF 'SW- CAS #430- OPERATION "MY THREE BROTHERS"
AUSA Peter Ko X 60618