| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | MICHAEL J. CROWLEY |
|   | TIMOTHY F. SALEL |
| 3 | Assistant U.S. Attorneys |
|   | California State Bar Nos. 168753 / 163597 |
| 4 | United States Attorney's Office |
|   | 880 Front Street, Room 6293 |
| 5 | San Diego, California 92101-8893 |
|   | Telephone Nos.: (619) 557-5733 / 6074 |
| 6 | Facsimile No.:   (619) 557-3445 |
|   | E-mails: michael.crowley2@usdoj.gov / timothy.salel@usdoj.gov |
| 7 | |
|   | Attorneys for Plaintiff |
| 8 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2985-WQH |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| EDUARDO BARAJAS (1), | ) | |
|     aka Eddie-Boy, | ) | |
| VICTOR RAMOS (2), | ) | |
|     aka V, | ) | |
| ALEJANDRO VELARDE (3), | ) | |
|     aka Lil' Al, | ) | |
| THOMAS ALEJANDRO MANZANO (6), | ) | |
|     aka Tommy-Boy, | ) | |
| DERIC WILLIAMS (7), | ) | |
|     aka Pelon, | ) | |
| JULIO CESAR JIMENEZ (8), | ) | |
|     aka Foo-Foo, | ) | |
| ERNESTO ROMAN LOPEZ (9), | ) | |
|     aka Ernie, | ) | |
| | ) | |
| Defendants. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

We, Michael J. Crowley and Timothy F. Salel, the undersigned Assistant U.S. Attorneys, hereby enter our appearance as counsel in the above-captioned case.

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| Michael J. Crowley | 168753 | (619) 557-5733 | michael.crowley2@usdoj.gov |
| Timothy F. Salel | 163597 | (619) 557-6074 | timothy.salel@usdoj.gov |

1     We, Michael J. Crowley and Timothy F. Salel, hereby certify that we are both admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

    Effective this date, the following Government attorney is no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| None | N/A | N/A | N/A |

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

DATED: December 3, 2007

*/S/ MICHAEL J. CROWLEY*
MICHAEL J. CROWLEY
Assistant U.S. Attorney

DATED: December 3, 2007

*/S/ TIMOTHY F. SALEL*
TIMOTHY F. SALEL
Assistant United States Attorney

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2985-WQH |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| EDUARDO BARAJAS (1), <br> aka Eddie-Boy, <br> VICTOR RAMOS (2), <br> aka V, <br> ALEJANDRO VELARDE (3), <br> aka Lil' Al, <br> THOMAS ALEJANDRO MANZANO (6), <br> aka Tommy-Boy, <br> DERIC WILLIAMS (7), <br> aka Pelon, <br> JULIO CESAR JIMENEZ (8), <br> aka Foo-Foo, <br> ERNESTO ROMAN LOPEZ (9), <br> aka Ernie, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED that:

We, Michael J. Crowley and Timothy F. Salel, are citizens of the United States over the age of 18 years and a resident of San Diego County, CA; our business address is 880 Front Street, San Diego, CA 92101-8893; We are not a party to the above-entitled action.

We have caused service of **NOTICE OF APPEARANCE**, on the following parties, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following parties at their respective e-mail addresses:

(1) STEPHEN P. WHITE – Attorney for Eduardo Barajas (1)
E-Mail: spw1@sbcglobal.net

(2) MARK F. ADAMS – Attorney for Victor Ramos (2)
E-Mail: markadamsesq@yahoo.com

(3) LYNN H. BALL – Attorney for Alejandro Velarde (3)
E-Mail: lhball@sbcglobal.net

(4) NANCY B. ROSENFELD – Attorney for Thomas A. Manzano (6)
E-Mail: nrosenfeld@aol.com

(5)   ANTHONY E. COLOMBO, JR. – Attorney for Deric Williams (7)
      E-Mail: anthonycolombolegal@yahoo.com

(6)   CHARLES N. GUTHRIE – Attorney for Julio Cesar Jimenez (8)
      E-Mail: charlesnguthrie@aol.com

(7)   HOWARD B. FRANK – Attorney for Ernesto Roman Lopez (9)
      E-Mail: hbfandjm@aol.com

We declare under penalty of perjury that the foregoing is true and correct.

DATED: December 3, 2007          */S/ MICHAEL J. CROWLEY*
                                 MICHAEL J. CROWLEY
                                 Assistant U.S. Attorney

DATED: December 3, 2007          */S/ TIMOTHY F. SALEL*
                                 TIMOTHY F. SALEL
                                 Assistant U.S. Attorney

07CR2985-WQH