| | |
|---|---|
| 1 | ROBERT E. BOYCE |
|   | State Bar No. 79806 |
| 2 | BOYCE & SCHAEFER |
|   | 934 23rd Street |
| 3 | San Diego, CA  92102 |
|   | 619/232-3320 |
| 4 | |
|   | Attorney for Defendant |
| 5 | MIGUEL RIVERA-MEDINA |

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR2985-WQH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF MOTION AND MOTION |
| v. | ) | FOR: |
| | ) | 1)   DISCOVERY COSTS TO BE |
| MIGUEL RIVERA-MEDINA, | ) | PAID BY THE COURT |
| | ) | |
| Defendant. | ) | Date: February 1, 2008 |
| | ) | Time: 1:00 p.m. |
| | ) | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY and TIMOTHY SALEL, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on February 1, 2008, at 1:00 p.m., defendant Miguel Rivera-Medina, by and through his counsel, Robert E. Boyce, will ask this Court to enter an Order granting the following motion:  1) discovery costs to be paid by the court.

### MOTIONS

The defendant, Miguel Rivera-Medina, by and through his counsel, Robert E. Boyce, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order that:

(1)   Discovery costs be paid by the court.

This motion is based upon the instant notice of motion and motion, the attached memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials which may be brought to this Court's attention prior to or

1 | during the hearing on this motion.

Respectfully submitted,

Dated: January 3, 2008   /s/ Robert E. Boyce
ROBERT E. BOYCE
Attorney for Defendant
MIGUEL RIVERA-MEDINA