1  ROBERT E. BOYCE
   State Bar No. 79806
2  BOYCE & SCHAEFER
   934 23rd Street
3  San Diego, CA  92102
   619/232-3320
4
   Attorney for Defendant
5  MIGUEL RIVERA-MEDINA

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 07CR2985-WQH |
|---|---|
| Plaintiff, | ) |
| v. | ) STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR DISCOVERY COSTS TO BE PAID BY THE COURT |
| MIGUEL RIVERA-MEDINA, | ) |
| Defendant. | ) Date: February 1, 2008 |
| | ) Time: 1:00 p.m. |

### I.

### STATEMENT OF FACTS

On or about November 7, 2007, Miguel Rivera-Medina was arrested in the Southern District of California and charged with a violation of 18 U.S.C. § 841(a)(1), conspiracy to distribute methamphetamine. Mr. Rivera-Medina was arraigned and the undersigned counsel was appointed to represent Mr. Rivera-Medina. The indictment in the case lists nine defendants. The government has indicated that the discovery in the case is voluminous consisting of 10 months of wiretap intercepts, 23 search warrants executed on various homes throughout San Diego, 75,000 pages of line sheets, 255 exhibits, and 175 pages of investigative reports. As a result of the nature of the case, the parties have jointly moved to declare the case "complex."

///

///

## II.

## ARGUMENT

Pursuant to the Equal Protection Clause indigent defendants must be afforded the same treatment as those defendants that can afford counsel. An indigent defendant has the same right to effective representation from an active advocate as a defendant who can afford his or her own counsel. *Powell v. Alabama*, 287 U.S. 45, 68-69 (1932). To date, defense counsel has made a good faith effort to prepare Mr. Rivera-Medina's defense. However, in order to continue to represent Mr. Rivera-Medina, the above discovery must be purchased from Copy Connection. Mr. Rivera-Medina does not have the funds to purchase the discovery, as his counsel is court appointed. Therefore, pursuant to Title 18 U.S.C. § 3006A(d)(2) and subsection (5), Mr. Rivera-Medina requests that this Court issue an order allowing Copy Connection to bill the District Court directly for the discovery costs incurred during the course of the case.

## III.

## CONCLUSION

For the reasons stated above, Mr. Rivera-Medina requests that this Court grant his motion. A proposed order has been forwarded to the court.

Respectfully submitted,

Dated: January 3, 2008        /s/ Robert E. Boyce
                              ROBERT E. BOYCE
                              Attorney for Defendant
                              MIGUEL RIVERA-MEDINA