**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MIGUEL RIVERA-MEDINA,<br><br>　　　　Defendant. | CASE NO. 07CR2985-WQH<br><br>PROOF OF SERVICE |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California;

2) That my business address is 934 23rd Street, San Diego, California, 92102;

3) That I have caused service of the

**NOTICE OF MOTION AND MOTION FOR: 1) DISCOVERY COSTS TO BE PAID BY THE COURT; STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Timothy F. Salel, Esq.
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, California, 92101

I certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this caes:

　　None

the last know address, at which place there is delivery service of mail from the United States Postal Service.

I certify under penalty of perjury that the foregoing is true and correct. Executed January 3, 2008, at San Diego, California.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Violet McCoy
　　　　　　　　　　　　　　　　　　　　　　　Violet McCoy