```
                                    FILED
                                  08 JAN -8 AM 8:31
                              CLERK, U.S. DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA

                              BY: _____pov_____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 07CR2985-WQH |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER FOR DISCOVERY COSTS TO BE PAID BY THE COURT |
| MIGUEL RIVERA-MEDINA, | ) |
| Defendant. | ) |

Good cause appearing,

IT IS ORDERED that Copy Connection, the company chosen by the United States Attorney's office to duplicate and distribute the discovery material in the above-referenced case, shall bill the District Court directly for the costs incurred by Miguel Rivera-Medina for discovery up to $2,000.00.

IT IS SO ORDERED.

Dated: 1/8/08

WILLIAM Q. HAYES, JUDGE
United States District Court