1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Criminal Case No. 07CR2985-WQH |
| )   Plaintiff,   ) | |
| )   v.   ) | ORDER TO DECLARE CASE COMPLEX |
| )   EDUARDO BARAJAS (1),   )      aka Eddie-Boy,   ) VICTOR RAMOS (2),   )      aka V,   ) ALEJANDRO VELARDE (3),   )      aka Lil' Al,   ) MIGUEL RIVERA MEDINA (4)   )      aka Vampiro,   ) JACOB TALLAECHE (5)   )      aka Dopey,   ) THOMAS ALEJANDRO MANZANO (6),   )      aka Tommy-Boy,   ) DERIC WILLIAMS (7),   )      aka Pelon,   ) JULIO CESAR JIMENEZ (8),   )      aka Foo-Foo,   ) ERNESTO ROMAN LOPEZ (9),   )      aka Ernie,   )   )      Defendants.   ) _____ ) | |

Upon joint motion of the parties to declare this case complex pursuant to 18 U.S.C. 3161(h)(8), and for good cause appearing,

//

//

1    IT IS HEREBY ORDERED that this case shall be deemed complex for purposes of the Speedy Trial Act , 18 U.S.C. §§ 3161, et seq.  Based on the large volume of the discovery, the large number of defendants in this case and the other related cases, the complex nature of the prosecutions and possible existence of novel questions of fact or law (including issues related to the drug and money laundering conspiracies, the Title III investigation, numerous search warrants, possible confidential informants and/or cooperating defendants), it would be unreasonable to expect defense counsel to be able to effectively prepare for pre-trial motions and trial within the period normally prescribed by the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq., taking into account the exercise of due diligence.  Consequently, the ends of justice served by a continuance outweighs the best interest of the public and the defendants in a speedy trial.

IT IS FURTHER ORDERED that the time between December 17, 2007 and April 21, 2008, be deemed excludable time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8), in addition to any time excludable, pursuant to 18 U.S.C. § 3161(h)(1)(F), resulting from pre-trial motions already filed.

IT IS SO ORDERED.

DATED: January 23, 2008

**WILLIAM Q. HAYES**
United States District Judge