# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDUARDO BARAJAS (1),<br>    aka Eddie-Boy,<br>VICTOR RAMOS (2),<br>    aka V,<br>ALEJANDRO VELARDE (3),<br>    aka Lil' Al,<br>MIGUEL RIVERA MEDINA (4)<br>    aka Vampiro,<br>JACOB TALLAECHE (5)<br>    aka Dopey,<br>THOMAS ALEJANDRO MANZANO (6),<br>    aka Tommy-Boy,<br>DERIC WILLIAMS (7),<br>    aka Pelon,<br>JULIO CESAR JIMENEZ (8),<br>    aka Foo-Foo,<br>ERNESTO ROMAN LOPEZ (9),<br>    aka Ernie,<br><br>    Defendants. | Criminal Case No. 07CR2985-WQH<br><br>ORDER FOR JOINT MOTION REGARDING THE NONDISCLOSURE AND LIMITED USE OF WIRE TAP LINE SHEETS |

Upon joint motion of the parties, pertaining to the Order for Joint Motion Regarding the Nondisclosure and Limited Use of Wire Tap Line Sheets, in the above-captioned case,

IT IS HEREBY ORDERED that the above-listed defendants, through their respective defense

counsel, jointly move and agree to the following regarding the use and nondisclosure of the draft wire tap "line sheets." The parties jointly move and agree that:

1     (1) the line sheets will only be used to assist counsel in preparing for trial and related proceedings and will not be used for any other purpose;

    (2) the line sheets will not be used: (a) in connection with any motion challenging the wiretaps; (b) to examine or cross examine any witness; (c) to impeach the credibility of any witness; (d) to refresh the recollection of any witness; and (e) as trial exhibits;

    (3) the line sheets and/or their contents cannot be copied, distributed, or otherwise communicated to anyone who has not signed this stipulation; and

    (4) the line sheets are the property of the United States Attorney and must be returned to the Government upon demand, completion of the case, or upon the termination of counsel's representation in connection with the above-captioned case.

SO ORDERED.

DATED: January 31, 2008

*[signature]*
**WILLIAM Q. HAYES**
United States District Judge